

# Fourth Court of Appeals
## San Antonio, Texas

March 28, 2019

No. 04-19-00095-CR

**IN RE** Stephen Wayne **RICHARDSON**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:     Rebeca C. Martinez, Justice
             Patricia O. Alvarez, Justice
             Irene Rios, Justice

On March 13, 2019, this court issued an opinion dismissing relator's petition for writ of mandamus for lack of jurisdiction. On March 25, 2019, relator filed a pro se "Notice to Appeal the Court's Decision of [sic] the Mandamus," which we construe as a motion for rehearing. After considering the motion, relator's motion is hereby DENIED.

It is so **ORDERED** on March 28, 2019.

**PER CURIAM**

ATTESTED TO: _____
             Keith E. Hottle
             Clerk of Court



---

[1] This proceeding arises out of Cause No. 2010CR10629, styled *The State of Texas v. Stephen Wayne Richardson*, pending in the 399th Judicial District Court, Bexar County, Texas, the Honorable Juanita A. Vasquez-Gardner presiding.